# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B14070085

IN RE:

| | | |
|---|---|---|
| | ] | Case Number 012-47886 |
| | ] | CH 13 |
| LaTonya Hoines; | ] | Judge Pamela S. Hollis |
| | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |

## RESPONSE OF MORTGAGE DEFAULT

Now comes U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC2 by and through its attorney Crystal V. Sava of the law firm of Freedman, Anselmo, & Lindberg, and files a statement of mortgage default amount.

Account ending in last four digits of XXXXXX2076, the first lien on the property, is due for May 1, 2014 - July 1, 2014 in the amount of $953.05 each, plus NSF fee of $25.00, the total debt due is $2,884.15.

> U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-BNC2
>
> /s/ Crystal V. Sava
> One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1771 W. Diehl Rd., Ste 150
Naperville, IL 60566-7228
630-983-0770    866-402-8661    630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

 I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on July 21, 2014 addressing the following:

TO: LaTonya Hoines, 9145 S. Paulina Street, Chicago, IL 60620
   Sandra Levitt, 111 West Washington, Suite 1550, Chicago, IL 60602
   Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604