# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    LaTonya Hoines<br><br>                    Debtor(s) | Case No. 12 B 47886 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2012.

2) The plan was confirmed on 02/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/28/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/09/2014, 05/09/2014.

5) The case was Dismissed on 06/25/2014.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,281.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$10,281.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,390.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $430.65 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,820.65** |

Attorney fees paid and disclosed by debtor:    $110.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Medical Center | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| AIMMC | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| American Health Center | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 900.00 | 3,222.64 | 3,222.64 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 311.00 | 311.80 | 311.80 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,114.00 | 876.51 | 876.51 | 0.00 | 0.00 |
| America's Servicing Co | Secured | 143,800.00 | 141,535.80 | 141,535.80 | 0.00 | 0.00 |
| America's Servicing Co | Secured | 5,000.00 | 4,596.54 | 4,596.54 | 4,596.54 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 500.00 | 3,112.98 | 3,112.98 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| Capital 1 Bank | Unsecured | 3,225.00 | NA | NA | 0.00 | 0.00 |
| Cash Loans by Bmac Inc | Unsecured | 0.00 | 1,480.50 | 1,480.50 | 0.00 | 0.00 |
| Cash Yes.com | Unsecured | 1,413.00 | NA | NA | 0.00 | 0.00 |
| Cashnet | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| Chicago Anesthesia Associates | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 339.28 | 339.28 | 339.28 | 339.28 | 0.00 |
| Colorado Student Loa/College Assist | Unsecured | 33,646.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable Communications | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 38,182.00 | 84,815.45 | 84,815.45 | 0.00 | 0.00 |
| Dvra Billing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 8,028.20 | 8,028.20 | 0.00 | 0.00 |
| Gemb/JC Penny | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harlem Furniture | Unsecured | 3,114.00 | NA | NA | 0.00 | 0.00 |
| Illinois Masonic Medical Center | Unsecured | 1,364.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,000.00 | 1,995.96 | 1,995.96 | 1,524.53 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 51.55 | 51.55 | 0.00 | 0.00 |
| Keller Graduate School/Devry | Unsecured | 2,016.00 | NA | NA | 0.00 | 0.00 |
| Lasale Nt Bk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Magnum Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nationwide Acceptance Corp | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Cassel LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 0.00 | 798.27 | 798.27 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,174.00 | NA | NA | 0.00 | 0.00 |
| Plain Green Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 0.00 | 266.67 | 266.67 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 0.00 | 626.96 | 626.96 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 1.00 | 2,577.74 | 2,577.74 | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,109.00 | 1,269.81 | 1,269.81 | 0.00 | 0.00 |
| Spiegel/World Financial Network Nationa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 0.00 | 9,054.58 | 9,054.58 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 9,674.00 | 8,114.42 | 8,114.42 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 81,926.00 | 16,647.18 | 16,647.18 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 0.00 | 4,527.28 | 4,527.28 | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $141,535.80 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,596.54 | $4,596.54 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $339.28 | $339.28 | $0.00 |
| **TOTAL SECURED:** | **$146,471.62** | **$4,935.82** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,995.96 | $1,524.53 | $0.00 |
| **TOTAL PRIORITY:** | **$1,995.96** | **$1,524.53** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$146,292.54** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,820.65 |
| Disbursements to Creditors | $6,460.35 |
| **TOTAL DISBURSEMENTS** : | **$10,281.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/04/2014                    By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**